# United States District Court
## *Southern District of Georgia*

Eric Lomont McPherson,

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-155, CR412-74

United States of America,

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated July 13, 2016, adopting the Report and

Recommendation of the Magistrate Judge, judgment is hereby entered denying the petitioners'

motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. §

2255.

Approved by: _____

_____, 20, 2016

*Date*

Scott L. Poff

*Clerk*

_____

*(By) Deputy Clerk*